### JAMES v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. December 8, 1926.)

No. 4704.

Witnesses ⚖═267—Restriction of cross-examination is within discretion of trial judge.

Extent to which cross-examination will be restricted is within discretion of trial judge.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Isabel James was convicted of an offense, and she brings error. Affirmed.

Edward N. Barnard, of Detroit, Mich., for plaintiff in error.

David Polasky, of Detroit, Mich. (Delos G. Smith, U. S. Atty., of Detroit, Mich., on the brief), for the United States.

Before DENISON and MOORMAN, Circuit Judges, and HOUGH, District Judge.

PER CURIAM. Affirmed—as to proof of another offense, on authority of Moore v. U. S., 150 U. S. 57, 61, 14 S. Ct. 26, 37 L. Ed. 996; Tucker v. U. S. (C. C. A. 6) 224 F. 833, 840; De Witt v. U. S. (C. C. A. 6) 291 F. 995, 1002; as to variance affecting the fourth count, on authority of Claassen v. U. S., 142 U. S. 140, 12 S. Ct. 169, 35 L. Ed. 966, and Bullock v. U. S. (C. C. A. 6) 289 F. 29, 31; as to restriction of cross-examination, because within the discretion of the trial judge.